Exhibit B

## ASSIGNMENT OF MEMBER INTEREST

This Assignment of Member Interest (the "Assignment") is made and entered into as of the 27 th day of December, 2006, by and between **Provident Tax Credit Fund IX, LLC, an Ohio limited liability company** ("Assignor"), and **Nationwide Affordable Housing Fund 30: A Red Capital Tax Credit Fund, LLC, an Ohio limited liability company** ("Assignee").

1. Assignor hereby assigns, transfers and sets over to Assignee all of Assignor's interests in and to Prium Orchard Hills, L.L.C. (the "Company"), a Washington limited liability company operating pursuant to the terms of an Amended and Restated Operating Agreement dated November 6, 2006 (the "Operating Agreement"), including, but not limited to, all of Assignor's interests, as a partner, in the profits, losses and cash distributions of the Company, subject to the Assignor's share, as an investor member, of the obligations of the Company, pursuant to the Operating Agreement.

2. Assignee hereby accepts the foregoing assignment and agrees to be bound by the Operating Agreement.

**IN WITNESS WHEREOF**, the parties have executed this Assignment as of the date first written above.

ASSIGNOR:

PROVIDENT TAX CREDIT FUND IX, LLC

By: Red Capital Community Development Company, LLC

By_____
Scott M. Laufenberg, President

ASSIGNEE:

NATIONWIDE AFFORDABLE HOUSING FUND 30: A RED CAPITAL TAX CREDIT FUND, LLC

By: Red Capital Community Development Company, LLC

By_____
Scott M. Laufenberg, President