Exhibit E

Kevin Kleen          787 W. 5th Street          Tel  213 239-1947
Vice President       27th Floor                 Kevin.Kleen@citi.com
                     Los Angeles, CA  90071



February 26, 2014

## NOTICE OF OVERDUE PAYMENT

VIA ELECTRONIC MAIL AND FIRST CLASS MAIL

Prium Orchard Hills, L.L.C.
820 A Street, Suite 300
Tacoma, Washington 98402

Attention: Thomas W. Price and Hyun J. Um

| | |
|---|---|
| RE: | Loan Reference No's:   981078163, 981078164 |
| Property Name: | Orchard Hills Apartments |
| Property Address: | 5701 West Orchard Street, Tacoma, WA   98467 |
| Borrower: | Prium Orchard Hills, L.L.C. |

Dear Sirs:

This notice is in reference to Borrower's obligations in connection with the financing in connection with the issuance of the Washington State Housing Finance Commission Variable Rate Multifamily Housing Revenue Bonds (Orchard Hills Apartments Project) Series 2006 A- $7,970,000 and Series 2006 B - $1,090,000 (the "Bonds", all documents in connection with the Bonds are hereto referred to as the "Bond Documents"). Citibank, N.A. ("Citi") is providing this notice as the Bondholder Representative in connection with the Bonds.

As of the date hereof, the amount due with respect to the Bond payment obligations of the Borrower is $163,979.29 ("Overdue Payment"), as detailed in the attached Exhibit. Please remit payment immediately to place the bonds in good standing.

Please note that Citi has not and, in exercising it discretion in accepting any payment of less than the Overdue Payment, will not be deemed to have, amended any term or provision of the Bond Documents in any way nor waived any of its rights or remedies with respect to the Bond Documents. Citi expressly reserves all of its rights and remedies under the Bond Documents. Please contact the undersigned below at (213) 239-1947 with any questions. Thank you.

Sincerely,

Kevin Kleen
Vice President

cc:     Citibank - Office of the General Counsel
        Sarah K. Hamm, Wentwood Capital Advisors, LP

Citigroup Global Markets Inc.

Orchard Hills - Exhibit to Notice of Overdue Payment Dated February 26, 2014

| 981078164 Monthly Pmts Due | P&I | Late Charges |
|---|---|---|
| 2/1/2014 | $12,219.02 | $237.08 |
| 1/1/2014 | | $239.58 |
| 12/1/2013 | | $242.07 |
| Subtotals | $12,219.02 | $718.73 |
| Total Pmts & LC | $12,937.75 | |

| 981078163 Monthly Pmts Due | Total Pmt Outstanding | Interest | Tax | Insurance | Repl Reserve | Late Charges |
|---|---|---|---|---|---|---|
| 2/1/2014 | $106,527.89 | $42,440.25 | $45,545.73 | $14,435.24 | $4,106.67 | $5,326.39 |
| 1/1/2014 | $22,918.60 | | $14,203.32 | $4,608.61 | $4,106.67 | $3,267.94 |
| 12/1/2013 | $9,732.78 | | $1,017.50 | $4,608.61 | $4,106.67 | $3,267.94 |
| Subtotals | $139,179.27 | $42,440.25 | $60,766.55 | $23,652.46 | $12,320.01 | $11,862.27 |
| Total Pmts & LC | $151,041.54 | | | | | |

**Grand Total Both Loans**  $163,979.29